UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

BK CASE NO. 10-30482-EPK
CHAPTER 7

IN RE:

Danny Roque and Chantalle Roque
        Debtor(s).

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The Creditor PHH MORTGAGE CORPORATION demands that copies of all papers in this litigation be served upon:

Mariam S. Zaki
SHAPIRO & FISHMAN, LLP
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614

Further, the undersigned attorneys request that copies of all papers in this litigation continue to be served upon creditor's attorneys, SHAPIRO & FISHMAN, LLP at the address listed above.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar in the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served either by CM/ECF transmission or standard first class mail this 18th day of August, 2010.

Danny Roque, 4511 Adrienne Street, Sebring, FL 33872
Chantalle Roque, 4511 Adrienne Street, Sebring, FL 33872
Chad T. Van Horn, 330 N Andrews Ave #450, Fort Lauderdale, FL 33301
Michael R. Bakst, PMB 702, 222 Lakeview Ave #160, West Palm Beach, FL 33401
United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

/s/ Mariam S. Zaki
Mariam S. Zaki
FL Bar # 18367
SHAPIRO & FISHMAN, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: (813) 367-5814
Fax: (813) 880-8800
E-mail: mzaki@logs.com

09-163188